# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

United Food And Commercial Workers International Union−Industry Pension Fund and its Trustees:, et al.

Plaintiff,

v.

Case No.: 1:18−cv−03551

Honorable Manish S. Shah

Prime N Tender, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 16, 2018:

MINUTE entry before the Honorable Manish S. Shah: The motion to dismiss [10] is granted. This case is dismissed without prejudice and with leave to reinstate by 1/1/19. If no motion for leave to reinstate has been filed by 1/1/19, then the dismissal shall automatically convert to one with prejudice. No appearance on the motion is necessary. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.